1
2
3
4
5
6
7
8                          IN THE UNITED STATES DISTRICT COURT
9                        FOR THE EASTERN DISTRICT OF CALIFORNIA
10
11  KERRY FRITZ,                              1:12-cv-1556-MJS (HC)
12              Petitioner,                   ORDER TRANSFERRING CASE TO THE
                                              UNITED STATES DISTRICT COURT FOR
13         v.                                 THE CENTRAL DISTRICT OF
                                              CALIFORNIA
14  COUNTY OF LOS ANGELES, CA,
15
16              Respondent.
17  _____/
18
19         Petitioner, a state prisoner proceeding pro se, has filed a habeas corpus action
20  pursuant to 28 U.S.C. § 2254, together with a request to proceed in forma pauperis pursuant
21  to 28 U.S.C. § 1915.
22         The federal venue statute requires that a civil action, other than one based on diversity
23  jurisdiction, be brought only in "(1) a judicial district where any defendant resides, if all
24  defendants reside in the same state, (2) a judicial district in which a substantial part of the
25  events or omissions giving rise to the claim occurred, or a substantial part of the property that
26  is the subject of the action is situated, or  (3) a judicial district in which any defendant may be
27  found, if there is no district in which the action may otherwise be brought." 28 U.S.C. §
28  1391(b).

-1-

1   However, venue for a habeas action is proper in either the district of confinement or the
2 district of conviction. 28 U.S.C. § 2241(d). The district court for the district wherein such an
3 application is filed in the exercise of its discretion and in furtherance of justice may transfer the
4 application to the other district court for hearing and determination. Id.
5   It is preferable for petitions challenging a conviction or sentence to be heard in the
6 district of conviction while petitions challenging the manner in which the sentence is being
7 executed be heard in the district of confinement. Dunne v. Henman, 875 F.2d 244, 249 (9th
8 Cir. 1989). While difficult to determine, in this case, it appears that Petitioner is challenging
9 a conviction from Los Angeles County, California. As Los Angeles County is located in the
10 Central District of California, the Central District of California is the district of conviction. In the
11 interest of justice, the petition will be transferred to the United States District Court for the
12 Central District of California. 28 U.S.C. §§ 1404(a) and 2241(d).
13   Accordingly, IT IS HEREBY ORDERED that this matter is transferred to the United
14 States District Court for the Cental District of California.

15

16 IT IS SO ORDERED.

17 Dated:   September 26, 2012          /s/ *Michael J. Seng*
                                        UNITED STATES MAGISTRATE JUDGE
18
19
20
21
22
23
24
25
26
27
28