UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| KERRY FRITZ, | ) | NO. CV 12-8435-TJH (MAN) |
| Petitioner, | ) | |
| v. | ) | JUDGMENT |
| COUNTY OF LOS ANGELES, CA, | ) | |
| Respondent. | ) | |

Pursuant to the Court's Order Dismissing Petition Without Prejudice And Denying Certificate Of Appealability,

IT IS ADJUDGED that the above-captioned action is dismissed without prejudice.

DATED: October 18, 2012

_____
JAMES V. SELNA
UNITED STATES DISTRICT JUDGE